# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

Case No.     CV 11-01740 DDP (JCx)                    Date    July 18, 2011

Title    MIMIELE GOULATTE, BONNIE RHEA-SCOTT  -V- COUNTY OF RIVERSIDE, et al.

| Present: The Honorable | DEAN D. PREGERSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| John A. Chambers | Maria Bustillos | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jill B. Hunt | Christopher D. Lockwood |

Proceedings:
> MOTION TO DISMISS CLAIMS FOR RELIEF 2-5 FILED BY DEFENDANTS LYNNE BROCKMEIER, COUNTY OF RIVERSIDE, DONNA DAHL, CARRIE HARMON, HOUSING AUTHORITY OF THE COUNTY OF RIVERSIDE, CARMELO ISALES, LOURDES KIRKPATRICK, MARIA MARQUEZ, HEIDI MARSHALL, KRISTIN MILLER, LINDA RABOR, FRANK RAMOS, LINDA RAMOS, JERRY WENGERD, BILL VAN DER POORTEN
> (FILED ON 06-01-11 / DOCKET NUMBER 21)
> MOTION TO STRIKE PORTIONS OF SECOND AMENDED COMPLAINT AMENDED COMPLAINT, FILED BY DEFENDANTS LYNNE BROCKMEIER, COUNTY OF RIVERSIDE, DONNA DAHL, CARRIE HARMON, HOUSING AUTHORITY OF THE COUNTY OF RIVERSIDE, CARMELO ISALES, LOURDES KIRKPATRICK, MARIA MARQUEZ, HEIDI MARSHALL, KRISTIN MILLER, LINDA RABOR, FRANK RAMOS, LINDA RAMOS, JERRY WENGERD, BILL VAN DER POORTEN (FILED ON 06-01-11 / DOCKET NUMBER 22)

    This matter comes before the court on the County of Riverside, et al.'s ("Defendants") Motion to Dismiss Portions of Second Amended Complaint (Dkt. No. 21) and Motion to Strike Portions of Second Amended Complaint (Dkt. No. 22). Having read the parties' pleadings, considered the arguments therein, and heard oral argument, the court concludes that sufficient factual disputes remain and an early motion for summary judgment would be more appropriate. Therefore, the court DENIES Defendants' Motion to Dismiss and DENIES Defendants' Motion to Strike.

|  | 0 0 | : | 07 |
|---|---|---|---|
|  | Initials of Preparer | | JAC |