O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIMIELE GOULATTE, BONNIE RHEA-SCOTT, | ) ) ) | Case No. CV 11-01740 DDP (JCx) |
| Plaintiff, | ) ) | **ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY ADJUDICATION** |
| v. | ) ) | |
| COUNTY OF RIVERSIDE, RIVERSIDE COUNTY PUBLIC HOUSING AUTHORITY JERRY WENGERD, an individual; MARIA MARQUEZ, an individual; LYNNE BROCKMEIER, an individual; HEIDI MARSHALL, an individual; CARRIE HARMON, an individual; DONNA DHAL, an individual; LOURDES KIRKPATRICK, an individual; LINDA RAMOS, an individual; KRISTIN MILLER, an individual;CARMELO ISLAES, an individual; LINDA RABOR, an individual; FRANK RAMOS, an individual; BIL VAN der POORTEN, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | [Docket No. 36] |
| Defendants. | ) ) | |
| _____ | ) | |

Plaintiffs have filed a Notice of Non-Opposition to Defendants' Motion for Summary Adjudication. The court therefore

1  GRANTS summary adjudication as to Plaintiffs' second, third,
2  fourth, and fifth claims for relief, for breach of contract,
3  fraudulent inducement, negligent representation, and defamation.
4  Accordingly, the only claim for relief remaining is Plaintiffs'
5  first claim, for First Amendment violations under 42 U.S.C. § 1983.

7  IT IS SO ORDERED.

10 Dated: October 12, 2011
                                     DEAN D. PREGERSON
11                                   United States District Judge

2