O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMIELE GOULATTE, BONNIE RHEA-SCOTT,<br><br>                    Plaintiff,<br><br>     v.<br><br>COUNTY OF RIVERSIDE, RIVERSIDE COUNTY PUBLIC HOUSING AUTHORITY JERRY WENGERD, an individual; MARIA MARQUEZ, an individual; LYNNE BROCKMEIER, an individual; HEIDI MARSHALL, an individual; CARRIE HARMON, an individual; DONNA DHAL, an individual; LOURDES KIRKPATRICK, an individual; LINDA RAMOS, an individual; KRISTIN MILLER, an individual;CARMELO ISLAES, an individual; LINDA RABOR, an individual; FRANK RAMOS, an individual; BIL VAN der POORTEN, an individual,<br><br>                    Defendants.<br>_____ | Case No. CV 11-01740 DDP (JCx)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>[Docket No. 36] |

Plaintiffs have filed a Notice of Non-Opposition to Defendants' Motion for Summary Adjudication.  The court therefore

GRANTS summary adjudication as to Plaintiffs' second, third, fourth, and fifth claims for relief, for breach of contract, fraudulent inducement, negligent representation, and defamation. Accordingly, the only claim for relief remaining is Plaintiffs' first claim, for First Amendment violations under 42 U.S.C. § 1983.

IT IS SO ORDERED.

Dated: October 12, 2011

DEAN D. PREGERSON
United States District Judge