O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMIELE GOULATTE, BONNIE RHEA-SCOTT, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE, RIVERSIDE COUNTY PUBLIC HOUSING AUTHORITY JERRY WENGERD, an individual; MARIA MARQUEZ, an individual; LYNNE BROCKMEIER, an individual; HEIDI MARSHALL, an individual; CARRIE HARMON, an individual; DONNA DHAL, an individual; LOURDES KIRKPATRICK, an individual; LINDA RAMOS, an individual; KRISTIN MILLER, an individual;CARMELO ISLAES, an individual; LINDA RABOR, an individual; FRANK RAMOS, an individual; BIL VAN der POORTEN, an individual, <br><br> Defendants. | Case No. CV 11-01740 DDP (JCx) <br><br> **ORDER RE: PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE TRIAL AND DISCOVERY DATES** <br><br> [Docket Nos. 85, 93] |

Presently before the court is Plaintiff Mimielle Goulatte's Ex Parte Application for an Order Continuing Trial and All Discovery

Dates ("Application"). Plaintiff Bonnie Rhea-Scott has joined in the Application. Defendants oppose the Application.

To the extent that Plaintiffs seek an extension of the trial date, discovery <u>cut-off</u> date, and other dates set forth by the court at the June 7, 2012 hearing, the Application is granted as follows: all dates shall be continued for <u>sixty (60) days</u>.

However, this Order does <u>not</u> affect the Magistrate Judge's August 2, 2012 Order on Defendants' Motions to Compel and other discovery-related matters. Specifically, this Order does <u>not</u> excuse Plaintiffs from complying with the outstanding discovery requests, discovery due dates, and other requirements set forth by the Magistrate Judge in her Order. Again, <u>Plaintiffs must comply fully with all discovery due dates and the Magistrate Judge's Order</u>.

IT IS SO ORDERED.

Dated: August 30, 2012

DEAN D. PREGERSON
United States District Judge