O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMIELE GOULATTE, BONNIE RHEA-SCOTT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE, RIVERSIDE COUNTY PUBLIC HOUSING AUTHORITY JERRY WENGERD, an individual; MARIA MARQUEZ, et al., <br><br> Defendants. | Case No. CV 11-01740 DDP (JCx) <br><br> ORDER GRANTING DEFENDANTS' MOTION TO DISMISS <br><br> [DOCKET NUMBER 98] |

    Presently before the court is Defendants' Motion to Dismiss for Failure to Comply with Court Order to Provide Discovery Responses RE All Plaintiffs or, in the alternative, Request for Evidence and Monetary Sanctions. Because Plaintiffs have not filed an opposition, the court GRANTS the Motion to Dismiss.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file

any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

The hearing on Defendants' Motion was originally set for October 1, 2012, and was continued by the Court to October 11, 2012. Plaintiffs' opposition was therefore due by September 20, 2012. As of the date of this Order, Plaintiffs have not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiffs' failure to oppose as consent to granting the Motion to Dismiss, and GRANTS the Motion. Plaintiffs' Complaint is dismissed. Defendants' request for sanctions is vacated as moot.

IT IS SO ORDERED.

Dated: October 5, 2012

DEAN D. PREGERSON
United States District Judge